UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>          Plaintiff,<br><br>    v.<br><br>KARIM MEHRABI,<br><br>          Defendant. | Civ. No.  S-13-1519 KJM EFB<br><br><br>ORDER TO SHOW CAUSE |

        Plaintiff filed a complaint on July 26, 2013, alleging violations of the Americans With Disabilities Act, the California Disabled Persons and Unruh Acts.  The case was set for a pretrial scheduling conference on December 12, 2013, but the date was reset because the parties had not filed a joint status report.  Plaintiff filed a status report on January 3, 2014, noting defendant has not answered.   There is no indication on the docket, however, that defendant has been served.

        IT IS THEREFORE ORDERED that:

        1. Plaintiff show cause within fourteen days of the date of this order why this case should not be dismissed, either because of plaintiff's failure to serve the summons and complaint within the time limits of Rule 4(m) of the Federal Rules of Civil Procedure or his failure to prosecute.  FED. R. CIV. P. 41(b).

/////

1

2.  The pretrial scheduling conference set for January 9, 2014 is hereby vacated.

Dated: January 7, 2014.

_____
UNITED STATES DISTRICT JUDGE