UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:13-CV-01519-KJM-EFB |
| Plaintiff, | |
| v. | ORDER |
| KARIM MEHRABI, | |
| Defendant. | |

On July 18, 2016, the court, having determined this case had settled, ordered the parties to file dispositional documents within thirty days. Min. Order, ECF No. 32. That thirty day time period expired long ago, on August 17, 2016. To date, the parties have not filed any dispositional documents. The pending fees motion does not excuse the failure to follow the court's order.

Accordingly, the court hereby ORDERS all parties to SHOW CAUSE why they should not be sanctioned, either in the amount of $250 each for failing to comply with court's July 18, 2016 order, or with dismissal, or both.

IT IS SO ORDERED.

DATED: January 5, 2017.

_____
UNITED STATES DISTRICT JUDGE